**Order entered March 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01318-CV

**JOHN TATUM, ET AL., Appellants**

**V.**

**JULIE HERSH, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04185**

## ORDER

We **GRANT** appellants' March 2, 2015 motion for an extension of time to file a reply brief. Appellants shall file a reply brief by **APRIL 24, 2015**.

/s/      ELIZABETH LANG-MIERS
           JUSTICE